# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ARACELI VIRREY HERNANDEZ O/B/O A N,

*Plaintiff*

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

*Defendant*

Civil Action No. 16-CV-5014-FVS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered for Defendant.
The Report and Recommendation issued by Magistrate Judge Mary K. Dimke on December 12, 2016, ECF No. 14, recommending Defendant's Motion to Dismiss, ECF No. 10, be granted is adopted in its entirety. Defendant's Motion to Dismiss is granted.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Fred Van Sickle on a motion to Dismiss.

Date: December 28, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Jaime M. White
*(By) Deputy Clerk*

Jaime M. White